No. 92–176.  BOLLER ET AL. *v.* WESTERN LAW ASSOCIATES, P. C., ET AL.  Sup. Ct. Wyo.  Certiorari denied.

No. 92–178.  BB ASSET MANAGEMENT, INC., DBA BROWN BAG SOFTWARE *v.* SYMANTEC CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–179.  WISHBONE, INC., ET AL. *v.* EPPINGER, PERSONAL REPRESENTATIVE OF THE ESTATE OF EPPINGER.  Ct. App. Colo.  Certiorari denied.

No. 92–181.  HONEYWELL INC. *v.* COLLINCINI.  Super. Ct. Pa.  Certiorari denied.

No. 92–182.  WILLIAMS *v.* CITY OF OKOBOJI, IOWA, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 92–183.  KNAPP *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–185.  SUPERINTENDENT OF INSURANCE OF NEW YORK, AS ANCILLARY RECEIVER OF TRANSIT CASUALTY CO. *v.* DIGIROL.  Ct. App. N. Y.  Certiorari denied.

No. 92–186.  BARBER *v.* SOMERVILLE HOSPITAL, INC., ET AL.  App. Ct. Mass.  Certiorari denied.

No. 92–187.  INSERRA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–188.  CLAY *v.* BARRINGTON MOTOR SALES, INC., ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 92–189.  BLAKE *v.* KAPLAN, JUDGE, ALLEGHENY COUNTY COURT OF COMMON PLEAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–191.  INTERCONTINENTAL LIFE INSURANCE CO. *v.* LINDBLOM.  Sup. Ct. Ala.  Certiorari denied.